CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
JEVECHIUS D. BERNARDONI (CABN 281892)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone:  (415) 436-7224
    Facsimile:  (415) 436-6748
    jevechius.bernardoni@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE REQUEST FOR JUDICIAL ASSISTANCE FROM TAIPEI DISTRICT COURT IN TAIPEI, TAIWAN IN THE MATTER OF JOHN CHEYU WU V. YING TUNG CHEN | ) NO. 26-MC-<br>)<br>) **DECLARATION OF JEVECHIUS D.**<br>) **BERNARDONI IN SUPPORT OF UNITED**<br>) **STATES' EX PARTE APPLICATION FOR**<br>) **ORDER PURSUANT TO 28 U.S.C. § 1782**<br>)<br>) |

I, Jevechius D. Bernardoni, declare:

1.    I am an Assistant United States Attorney in the United States Attorney's Office for the Northern District of California. I am licensed to practice law in California and to appear before this Court. I make this declaration upon information and belief based upon the attached exhibits and communications with personnel in the U.S. Department of Justice, to which a letters rogatory request has been transmitted for execution. This declaration is submitted in support of the United States' request, pursuant to 28 U.S.C. § 1782(a), for an Order appointing me Commissioner for the purpose of obtaining documents from Intuit Mint Bills, Inc. ("Mint") and Robinhood Markets, Inc. ("Robinhood").

2.    In connection with a pending judicial proceeding captioned *John Cheyu Wu v. Ying Tung Chen*, Foreign Reference No. 111 Family Property Litigation No. 13, the Taipei District Court in Taipei, Taiwan ("Taiwanese Court") issued a letters rogatory request, dated September 11, 2025, seeking

DECL. OF JEVECHIUS D. BERNARDONI IN SUPPORT OF APP. FOR ORDER PURSUANT TO 28 U.S.C. § 1782
Misc. No. 26-mc-             1

information from Mint and Robinhood. The letters rogatory request was transmitted to the U.S. Department of Justice, Civil Division, Office of Foreign Litigation, Office of International Judicial Assistance ("OIJA") in Washington, D.C. on January 13, 2026. On February 3, 2026, the request was transmitted to the U.S. Attorney's Office for the Northern District of California. A true and correct redacted copy of the translated letters rogatory request received from the Taiwanese Court is attached as Exhibit 1.

3.     The specific information requested by the Taiwanese Court is reflected in proposed subpoenas addressed to Mint and Robinhood, which the United States intends to serve (in substantially similar format) upon my appointment as Commissioner. Copies of the proposed subpoenas are attached as Exhibit 2.

4.     To assist the Taiwanese Court in obtaining the requested information, I respectfully request that this Court enter the proposed Order submitted with this Application.

5.     No previous application for the relief sought herein has been made.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed this June 12, 2026, at Sacramento, California.

> _/s/ Jevechius D. Bernardoni_
> Jevechius D. Bernardoni
> Assistant United States Attorney

# Exhibit 1



**AMERICAN INSTITUTE IN TAIWAN**
美 國 在 台 協 會

1300 17th Street, N., Suite 750, Arlington, VA 22209
TEL: (703) 525-8474

American Institute in Taiwan Washington Office

January 13, 2026

Office of International Judicial Assistance
U.S. Department of Justice
1100 L Street, NW, Room 8102
Washington, D.C. 20530

To Whom It May Concern:

I am writing to forward a request our office received for a Request for International Judicial Assistance from Chief Judge LIU Tai-an of the Taipei District Court regarding case No. 111 Family Property Litigation No. 13, the marital residual property distribution case of Wu, Cheyu (U.S. name: Wu, John Cheyu) and Chen, Ying Tung (English name: Ying Tung Chen).

Please forward your response to:

Ms. Ingrid D. Larson
Managing Director
American Institute in Taiwan
1300 17th Street, N., Suite 750
Arlington, VA 22209
703-525-8474

You can email a copy of the response to Ms. Teresa Hoggard at hoggardt@state.gov.

Please don't hesitate to contact Ms. Teresa Hoggard, hoggardt@state.gov or 703-284-2779 with any questions or concerns. Your assistance with this matter is greatly appreciated.

Sincerely,

Ingrid D. Larson
Managing Director

JAN 13 2026
189-279-26-1

## Request for Mutual Civil Judicial Assistance

September 11, 2025

Case No.: Taipei District Court, Taiwan, Republic of China 111 Family Property Litigation No. 13

Distribution of the Remainder of Property of Husband and Wife

The petitioner in this case, Chief Judge LIU Tai-an, of the Taipei District Court in Taiwan, has requested the Ministry of Foreign Affairs of the Republic of China to submit a judicial assistance request to the relevant U.S. judicial departments in accordance with the procedures for handling mutual judicial assistance matters of the Republic of China, regarding the ongoing matter of distribution of the remainder of marital property.

### 1. Background facts of this case:

The Taipei District Court in Taiwan heard a case regarding the distribution of the remainder of marital property after the divorce, between U.S. citizen WU, Cheyu (U.S. name: WU, JOHN CHEYU, gender: male, passport number: ███████, date of birth: ███████, hereinafter referred as HUSBAND) and Republic of China citizen CHEN, Ying tung (English name: YING TUNG CHEN, gender: female, passport number: ███████, National ID No. of the Republic of China: ███████, date of birth: ███████, hereinafter referred as WIFE).

### 2. Legal provisions involved:

According to Article 1030-1, Paragraph 1, of the current Civil Code of the Republic of China, "Upon dissolution of the statutory marital property regime, the remainder of the property acquired by the husband or wife in marriage, after deducting the debts incurred during the continuance of the marriage relationship, if any, shall be equally distributed to the husband and the wife."

### 3. Summary of facts:

On September 23, 2021, HUSBAND applied to the Taipei District Court of Taiwan to divorce WIFE, to distribute the remainder of marital property, and to determine the custody of the couple's minor child, Wu Yunsheng. The divorce case and the custody case were settled on December 14, 2021 and March 31, 2023, respectively. The only remaining case is the distribution of the remainder of marital property, which is still pending in the Taipei District Court of Taiwan, and therefore requires investigation of the property information of both parties.

## 4. Request for assistance

(1) Please subpoena Wells Fargo (Address: 420 Montgomery Street San Francisco, CA 94104) to produce the account balance of the U.S. account under WIFE's name (account name: YING TUNG CHEN, account number: ███████) on September 23, 2021 and December 14, 2021.

(2) Please subpoena Hatch Bank (Service agent for delivery/receipt: JESSICA KENNEDY; Address: 1001 W. SAN MARCOS BLVD STE 125 SAN MARCOS, CA 92078) to produce the account balance of the U.S. account held by HUSBAND (account name: WU, JOHN CHEYU) on September 23, 2021 and December 14, 2021.

(3) Please subpoena TD Ameritrade (Address: 1505 Corporation CT CORPORATION SYSTEM) to produce the account balance of the U.S. account under HUSBAND's name (account name: WU, JOHN CHEYU, account number: ███████) on September 23, 2021 and December 14, 2021.

(4) Please subpoena INTUIT MINT BILLS, INC (Registration No.███████) (California registered address: 2700 COAST AVENUE MOUNTAIN VIEW, CA 94043; Contact address: 1505 Corporation CSC – LAWYERS INCORPORATING SERVICE, CA Registered Corporate (1505) Agent, Authorized Employee(s): BECKY DEGEORGE, 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA) to produce the account balance of the Bright Start College Saving Program account (Account No. ███████) under HUSBAND's name on September 23, 2021 and December 14, 2021.

(5) Please subpoena Robinhood Bank (Address: Incorporating Services Ltd. 3500 S. Dupont Hwy Dover, DE 19901) to produce the account balance of the U.S. account under HUSBAND's name (account name: WU, JOHN CHEYU, account number: ███████) on September 23, 2021 and December 14, 2021.

(6) Please subpoena Vanguard Brokerage (Address: The Vanguard Group, Inc., Attn: Office of the General Counsel-M35 100 Vanguard Boulevard Malvern, PA 19355) to produce the account balance of the U.S. account under HUSBAND's name (account name: WU, JOHN CHEYU, account number ███████) on September 23, 2021 and December 14, 2021.

## 5. Mutual Commitment

If the U.S. government encounters requests for the same or similar matters in the future, the Taipei District Court of Taiwan will provide equal assistance in accordance with the laws of the Republic of

China.

## 6. Contact information

If you have any questions, please contact the clerk Mr. YIN Shun-yen.

Email: tpdv43@judicial.gov.tw
Tel: (02)8919-3866 # 5386

Taipei District Court of Taiwan
Chief Judge LIU Tai-an (TAI AN LIU)
Clerk YIN Shun-yen

# Exhibit 2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE REQUEST FOR JUDICIAL ASSISTANCE FROM THE TAIPEI DISTRICT COURT IN TAIPEI, TAIWAN IN THE MATTER OF JOHN CHEYU WU V. YING TUNG CHEN | ) NO. 26-MC-<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**COMMISSIONER'S SUBPOENA**

TO:    Intuit Mint Bills, Inc.
           2700 Coast Avenue
           Mountain View, CA 94043

I, Jevechius D. Bernardoni, an Assistant United States Attorney, Northern District of California, U.S. Department of Justice, acting under the authority of Title 28, United States Code, Section 1782, for the purpose of rendering judicial assistance to the Taiwan, command that you provide to me evidence for use in a pending legal proceeding in the Taipei District Court in Taipei, Taiwan, captioned *John Cheyu Wu v. Ying Tung Chen*, Foreign Reference No. 111 Family Property Litigation No. 13, said evidence being:

- The balance of the Bright Start College Saving Program account (account number 452978155) under the name of John Cheyu Wu on September 23,

2001 and December 14, 2021.

If you cannot produce a requested document (including, *inter alia*, because the document has been lost or destroyed), please provide the facts you rely upon in support of your contention that you cannot do so. To the extent a document is not produced because of an assertion of privilege, please state the specific privilege relied upon. If you object to producing only part of a requested document, please produce that portion of the document you do not object to producing and indicate what portion you have withheld based on an assertion of privilege

Please produce the evidence, along with a notarized verification signed under penalty of perjury, by email to me at Jevechius.Bernardoni@usdoj.gov and by mail at the address set forth below no later than no later than _____.

Jevechius D. Bernardoni
Assistant U.S. Attorney
U.S. Attorney's Office for the Northern District of California
450 Golden Gate Avenue, Box 36055
San Francisco, California, 94102

Please note that if you anticipate any charges for complying with this request, please contact me prior to mailing so that we can confirm the charges and the availability of funds.

For failure to provide said evidence, you may be deemed guilty of contempt and liable to penalties under the law. The recipient of this subpoena may, for good cause shown, oppose the giving of evidence, or the circumstances thereof, by motion timely filed with the Court.

Dated this ___ day of _____, 2026.

CRAIG H. MISSAKIAN
United States Attorney


_____
Jevechius D. Bernardoni
Commissioner
Assistant United States Attorney
Office of the U.S. Attorney for the
Northern District of California
450 Golden Gate Avenue, Box 36055
San Francisco, California, 94102

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE REQUEST FOR JUDICIAL ASSISTANCE FROM THE TAIPEI DISTRICT COURT IN TAIPEI, TAIWAN IN THE MATTER OF JOHN CHEYU WU V. YING TUNG CHEN | ) NO. 26-MC-<br>)<br>)<br>)<br>)<br>)<br>) |

**COMMISSIONER'S SUBPOENA**

TO:   Robinhood Markets Inc.
        85 Willow Road
        Menlo Park, CA 94025

I, Jevechius D. Bernardoni, an Assistant United States Attorney, Northern District of California, U.S. Department of Justice, acting under the authority of Title 28, United States Code, Section 1782, for the purpose of rendering judicial assistance to the Taiwan, command that you provide to me evidence for use in a pending legal proceeding in the Taipei District Court in Taipei, Taiwan, captioned *John Cheyu Wu v. Ying Tung Chen*, Foreign Reference No. 111 Family Property Litigation No. 13, said evidence being:

- The balance of account number 5QZ37712 in the name of John Cheyu Wu on September 23, 2021 and December 14, 2021.

If you cannot produce a requested document (including, *inter alia*, because the document has been lost or destroyed), please provide the facts you rely upon in support of your contention that you cannot do so. To the extent a document is not produced because of an assertion of privilege, please state the specific privilege relied upon. If you object to producing only part of a requested document, please produce that portion of the document you do not object to producing and indicate what portion you have withheld based on an assertion of privilege

Please produce the evidence, along with a notarized verification signed under penalty of perjury, by email to me at Jevechius.Bernardoni@usdoj.gov and by mail at the address set forth below no later than no later than _____.

Jevechius D. Bernardoni
Assistant U.S. Attorney
U.S. Attorney's Office for the Northern District of California
450 Golden Gate Avenue, Box 36055
San Francisco, California, 94102

Please note that if you anticipate any charges for complying with this request, please contact me prior to mailing so that we can confirm the charges and the availability of funds.

For failure to provide said evidence, you may be deemed guilty of contempt and liable to penalties under the law. The recipient of this subpoena may, for good cause shown, oppose the giving of evidence, or the circumstances thereof, by motion timely filed with the Court.

Dated this ___ day of _____, 2026.

CRAIG H. MISSAKIAN
United States Attorney


_____
Jevechius D. Bernardoni
Commissioner
Assistant United States Attorney
Office of the U.S. Attorney for the
Northern District of California
450 Golden Gate Avenue, Box 36055
San Francisco, California, 94102