UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOHN CHEYU WU, et al.,

Defendants.

Case No. 26-mc-80184-AGT

**ORDER RE: CONSENT TO MAGISTRATE JURISDICTION**

Re: Dkt. No. 1

The United States seeks permission to serve Intuit Mint Bills, Inc., and Robinhood Markets, Inc., with subpoenas seeking documents for use in a foreign proceeding. *See* 28 U.S.C. § 1782. The undersigned cannot resolve the application unless the United States, Intuit Mint Bills, and Robinhood Markets consent to magistrate jurisdiction. *See CPC Pat. Techs. Pty Ltd. v. Apple, Inc.*, 34 F.4th 801, 808 (9th Cir. 2022). So far the United States has consented (dkt. 3), but Intuit Mint Bills and Robinhood Markets have not.

If Intuit Mint Bills and Robinhood Markets wish to consent, they must file consent forms and check the box next to "CONSENT to Magistrate Judge Jurisdiction," by June 24, 2026. If they don't file consent forms by June 24, or if they file consent forms and check the box next to "DECLINE Magistrate Judge Jurisdiction," the Clerk of the Court will reassign the United States' application to a district judge for further proceedings.

On or before June 18, 2026, the United States must serve Intuit Mint Bills and Robin-hood Markets with a copy of this order and with consent forms, by any means reasonably calculated to provide actual notice, and file proof of service.

**IT IS SO ORDERED.**

Dated: June 18, 2026

_____

Alex G. Tse
United States Magistrate Judge